

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00144-CV

**IN RE THE GEO GROUP, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 25, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On March 13, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI16343, styled *Human Rights Defense Center v. The GEO Group, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.